

# Fourth Court of Appeals
## San Antonio, Texas

October 20, 2014

No. 04-14-00515-CV

**SPECIALTY SELECT CARE CENTER OF SAN ANTONIO** d/b/a Casa Rio Healthcare and
Rehabilitation,
Appellant

v.

Adolfo R. **JUIEL** et al,
Appellee

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-CI-04911
Honorable Karen H. Pozza, Judge Presiding

# O R D E R

Sitting:    Sandee Bryan Marion, Justice
            Marialyn Barnard, Justice
            Rebeca C. Martinez, Justice

This is an accelerated appeal from an interlocutory order denying appellant's motion to compel arbitration. TEX. CIV. PRAC. & REM. CODE ANN. § 51.016 (West Supp. 2013). Appellant has filed an unopposed motion to abate this appeal because one of the issues presented in the appeal is the same issue pending in petitions for review filed in *Williamsburg Care Co. L.P. v. Acosta*, 406 S.W.3d 711 (Tex. App.—San Antonio 2013, pet. filed), *Fredericksburg Care Co. L.P. v. Lira*, 407 S.W.3d 810 (Tex. App.—San Antonio 2013, pet. filed), and *Fredericksburg Care Co. L.P. v. Perez*, 406 S.W.3d 313 (Tex. App.—San Antonio 2013, pet. filed). In light of the pending higher court review of the precedent previously established by this court, this court has determined that abating this appeal pending the Texas Supreme Court's resolution of the issue will likely achieve the greatest judicial efficiency.

Accordingly, appellant's motion to abate is GRANTED. For administrative purposes, this appeal will be treated as a closed case, unless and until appellant files a motion requesting its reinstatement following the Texas Supreme Court's resolution of the issue.

Appellees' motion for an extension of time in which to file a brief is MOOT.

_____
Sandee Bryan Marion, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 20th day of October, 2014.

_____
Keith E. Hottle
Clerk of Court